Certificate Number: 05781-FLS-DE-041231931

Bankruptcy Case Number: 26-18245



05781-FLS-DE-041231931

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on July 20, 2026, at 8:34 o'clock PM PDT, Leinys Vento completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C.  111 to provide an instructional course concerning personal financial management in the Southern District of Florida.

Date:  July 21, 2026               By:     /s/Allison M Geving

                                   Name:   Allison M Geving

                                   Title:  President