Certificate Number: 05781-FLS-DE-041226964

Bankruptcy Case Number: 26-19193



05781-FLS-DE-041226964

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>July 20, 2026</u>, at <u>1:38</u> o'clock <u>PM PDT</u>, <u>Alexandro Flores</u> completed a course on personal financial management given <u>by telephone</u> by <u>Sage Personal Finance</u>, a provider approved pursuant to 11 U.S.C.  111 to provide an instructional course concerning personal financial management in the <u>Southern District of Florida</u>.

Date:   <u>July 20, 2026</u>          By:     <u>/s/Allison M Geving</u>

Name:   <u>Allison M Geving</u>

Title:   <u>President</u>